UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 06-00803-SGL (PJWx)                                      Date:  February 29, 2008

Title:    NATIONAL R.V., INC., a California corporation -v- CRANE CO., a Delaware corporation, CRANE COMPOSITES, INC., a Delaware Corporation aka KEMLITE COMPANY, INC., and DOES 1-50, inclusive
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

     Jim Holmes                                                   None Present
     Courtroom Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                      None present

PROCEEDINGS:    ORDER REQUIRING POST-TRIAL BRIEFING
                              (IN CHAMBERS)

       The February 26, 2008, verdict returned by the jury panel in this matter addressed contract claims 1 through 4, tort claims 5 through 7, Crane's affirmative defense as to mitigation of damages, compensatory and punitive Damages, and prejudgment Interest.

       Remaining are National RV's equitable claim and Crane's affirmative defense thereto. Within 7 days of entry of this order, the parties SHALL FILE a joint statement setting forth their respective positions concerning these and any other remaining issues in this case.

       IT IS SO ORDERED.

EDCV 06-00803-SGL (PJWx)
NATIONAL R.V., INC., a California corporation v CRANE CO., a Delaware corporation, CRANE COMPOSITES, INC., a Delaware Corporation aka KEMLITE COMPANY, INC., and DOES 1-50, inclusive
MINUTE ORDER of February 29, 2008