1  James J. Yukevich (SBN 159896)
     JYukevich@yukelaw.com
2  Alexander G. Calfo (SBN 152891)
     ACalfo@yukelaw.com
3  YUKEVICH CALFO & CAVANAUGH
   601 S. Figueroa Street, 38th Floor
4  Los Angeles, CA 90017
   Telephone: (213) 362-7777
5  Facsimile: (213) 362-7788

6  Steven E. Knott, SBN 150881
   Celeste M. Brecht, SBN 238604
7  KNOTT & GLAZIER LLP
   601 South Figueroa Street, Suite 4200
8  Los Angeles, California 90017
   Telephone: (213) 312-9200
9  Facsimile: (213) 312-9201
   E-mail:    knott@knottglazier.com
10
   Attorneys for Defendants CRANE CO., a
11 Delaware Corporation, CRANE COMPOSITES,
   INC., a Delaware Corporation aka KEMLITE
12 COMPANY, INC.

13                    UNITED STATES DISTRICT COURT
14                    CENTRAL DISTRICT OF CALIFORNIA
15

| NATIONAL R.V., INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CRANE CO., CRANE COMPOSITES, INC., a Delaware Corporation aka KEMLITE COMPANY, INC., and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: ED CV 06-00803 SGL PJWx<br><br>Judge:    Hon. Stephen G. Larson<br><br>**DECLARATION OF CELESTE M. BRECHT FILED IN CONNECTION WITH THE PARTIES' JOINT STATEMENT OF REMAINING ISSUES**<br><br>Location:  Courtroom 1<br>Hearing:   January 15, 2007<br><br>Time:      9:30 a.m. |
|---|---|

**DECLARATION OF CELESTE M. BRECHT FILED IN CONNECTION WITH THE PARTIES' JOINT STATEMENT OF REMAINING ISSUES**

# DECLARATION OF CELESTE M. BRECHT

I, CELESTE M. BRECHT, declare as follows:

1. I am an attorney licensed to practice law in the state of California, and in the Central District of California of the United States District Court. I am an associate at Knott & Glazier LLP. I am over the age of 18 and have personal knowledge of the facts that are set forth below in this declaration. If called upon as a witness to testify to those facts, I could and would competently testify to the facts based upon my personal knowledge.

2. On December 19, 2006, National R.V., Inc. and Crane Composites, Inc., participated in a mediation before The Honorable John W. Kennedy, Jr. (Ret.) at JAMS Ontario Office, located at 3800 Concours Drive, Ontario, California 91764.

3. During the mediation, Crane Composites offered National R.V. $3,100,000.00 as settlement and National R.V. rejected this offer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10$^h$ day of March, 2008, at Los Angeles, California.

                                        /s/ Celeste M. Brecht  
                                       CELESTE M. BRECHT