UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL R.V., INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CRANE CO., et al.,<br><br>　　　　　　Defendants. | CASE NO. EDCV06-00803 SGL (PJWx)<br><br>JUDGMENT |

Pursuant to the verdict returned by the jury impaneled in this matter and the Court's concurrently filed Order, the Court enters judgment in accordance with Fed. R. Civ. P. 58: **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff recover from defendant Crane Composites the following awards:

1. Compensatory damages as awarded by the jury in the amount of $3,178,492.
2. Pre-judgment interest in the amount of $640,803.30, as detailed in the Court's concurrently filed Order.
3. Post-judgment interest, to be calculated by the parties in accordance with 28 U.S.C. § 1961(a).

1  Pursuant to Fed. R. Civ. P. 54(d)(1), the Court **ORDERS** that the parties bear
2  their own costs.
3  **IT IS SO ORDERED, ADJUDGED, AND DECREED.**
4  DATE:  August 26, 2008

*S.G. Larson*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE